UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS MINAS,

    Plaintiff,

v.                          Case No: 8:16-cv-809-T-36AAS

BUDDY'S NEWCO, LLC and TMT
CAPITAL PARTNERS, LLC,

    Defendants.
_____/

## **ORDER**

      This matter comes before the Court upon the Defendant's Motion to Dismiss (Doc. 39), filed on August 23, 2017. Defendant Capital Partners, LLC joins in the Motion. Doc. 40. Plaintiff did not file a response.  In the motion, Defendant states that the Court should enter an order dismissing the action for failure to abide by Federal Rule of Civil Procedure 25.  The Court, having considered the motion and being fully advised in the premises, will grant-in-part Defendant's Motion to Dismiss.

      Plaintiff Thomas Minas, brought this action against Defendants Buddy's Newco, LLC d/b/a Buddy's Home Furnishing and TMT Capital Partners, LLC d/b/a TMT Capital LLC a/k/a TMT #107 alleging violations of the Federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § § 2227, *et seq*., and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55, *et seq*.

      On May 23, 2017, Plaintiff's counsel filed a Suggestion of Death asserting that Plaintiff died on January 18, 2017. Doc. 38. Plaintiff's counsel has not moved to substitute Plaintiff in this action. Defendants now move to dismiss the action for failure to substitute the Plaintiff within the time allotted and because Plaintiff's death extinguishes the TCPA claim.

Federal Rule of Civil Procedure 25 provides that:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). This rule permits the Court to dismiss a case if the motion for substitution is not made within 90 days after the date death is suggested upon the record. *Escareno v. Carl Nolte Sohne GmbH & Co.*, 77 F.3d 407, 411 (11th Cir. 1996).

In this case, Plaintiff's counsel noted in the Suggestion of Death that "under Federal Rule of Civil Procedure 25(a), unless a motion for substitution is made within 90 days after the death is suggested upon the record, the action shall be dismissed by the decedent." Doc. 38 at 1. More than 90 days have passed since the filing of the Suggestion of Death and no party or representative of Plaintiff's estate has moved to substitute Plaintiff in this case.

Although Defendant requests dismissal of the TCPA claims with prejudice, arguing that it does not survive Plaintiff's death, it relies exclusively on non-binding case law from outside of the Eleventh Circuit. The Court is not persuaded by Defendant's argument and need not make such a determination regarding the survival of the TCPA claims at this time. Therefore, the Court will dismiss this case without prejudice.

Accordingly, it is

**ORDERED**:

1. Defendant's Motion to Dismiss (Doc. 39) is **GRANTED-IN-PART**.

2. This case is **DISMISSED** without prejudice.

3. All pending motions are denied as moot and the Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on September 21, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any